```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA

                CASE NO. 07-60146-CR-ZLOCH
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.  **O R D E R**

ROBERT YOUNG,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 52) filed herein by United States Magistrate Judge Lurana S. Snow.  The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that by noon on Wednesday, September 10, 2008, the Parties shall submit further briefing, together with supporting caselaw, on the following issues of law:

    1. Whether a person's constructive possession of a firearm is interrupted by being arrested and placed in custody for a term of imprisonment;

    2. Whether a person can constructively possess a firearm while in prison;

    3. Whether a person can constructively possess a firearm by directing another person via telephone conversation to take certain action with regard to the firearm; and

4. Whether and to what extent a person can exercise dominion and control over a firearm without being present in the vicinity of the firearm.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___4th___ day of September, 2008.

                         WILLIAM J. ZLOCH
                         United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

All Counsel of Record