UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60146-CR-ZLOCH

UNITED STATED OF AMERICA,

    Plaintiff,

vs.                                            **O R D E R**

ROBERT YOUNG,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 52) filed herein by United States Magistrate Judge Lurana S. Snow.  The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That the Report And Recommendation (DE 52) filed herein by United States Magistrate Judge Lurana S. Snow, be and the same is hereby approved, ratified, and adopted by the Court; and

    2. That Defendant's Motion To Dismiss Indictment As Barred By The Statute Of Limitations (DE 31) and Defendant's Motion To Dismiss Counts I Or II Based On Multiplicity (DE 32) and the same are hereby **DENIED.**

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   18th   day of September, 2008.

                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge
All Counsel of Record